DAVID C. ALLEN (SBN 190479)
david.allen@btlaw.com
KELLEY S. OLAH (SBN 245180)
kelley.olah@btlaw.com
ALEXANDRA S. KELLY (SBN 305811)
alexandra.kelly@btlaw.com
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California  90067
Telephone:     (310) 284-3880
Facsimile:      (310) 284-3894

Attorneys for Defendants
DEPUY ORTHOPAEDICS, INC.; JOHNSON &
JOHNSON SERVICES, INC.; JOHNSON & JOHNSON
(erroneously sued as "Johnson & Johnson, Inc.");
DEPUY INTERNATIONAL LIMITED (erroneously sued
as "DePuy International, Ltd.")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DOHNEL,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>DEPUY ORTHOPAEDICS, INC.;<br>JOHNSON & JOHNSON SERVICES,<br>INC.; JOHNSON & JOHNSON, INC.;<br>DEPUY INTERNATIONAL, LTD.;<br>THOMAS P. SCHMALZRIED, M.D.;<br>THOMAS P. SCHMALZRIED, M.D. A<br>PROFESSIONAL CORPORATION; and<br>DOES 1 through 20, inclusive,<br><br>　　　　　　Defendants. | Case No.  CV16-02902-EMC<br><br>**[PROPOSED] ORDER RE STIPULATION<br>TO STAY ALL PROCEEDINGS**<br><br>JURY TRIAL DEMANDED<br><br>Complaint Filed:  March 15, 2016 |

TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiff DAVID DOHNEL and Defendants DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON SERVICES, INC., JOHNSON & JOHNSON (erroneously sued as "Johnson & Johnson, Inc."),

1  DEPUY INTERNATIONAL LIMITED (erroneously sued as "DePuy International, Ltd."),
2  THOMAS P. SCHMALZRIED, M.D., and THOMAS P.SCHMALZRIED, M.D. A
3  PROFESSIONAL CORPORATION (hereafter collectively "the Parties"); upon consideration of
4  all documents, files, and pleadings in this action; and upon good cause shown, it is hereby
5  ORDERED that:
6      1.   The Parties' request for a stay of proceedings is GRANTED;
7      2.   All proceedings in this action are hereby stayed, pending a decision by the Judicial
8  Panel on Multidistrict Litigation on whether this case should be transferred to In re DePuy
9  Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation, MDL Docket No. 2244.
10     3.   Deadlines relating to any outstanding responsive pleading are extended pending
11 entry of a Scheduling Order in the MDL court addressing responsive pleadings and the deadline
12 to file any remand motion is extended pursuant to the MDL court's August 14, 2012 "Order
13 Regarding Cases Removed from State Court," and any subsequent orders that the MDL Court
14 may issue.
15     PURSUANT TO STIPULATION, IT IS SO ORDERED.
16
17 Dated: _____6/6_____, 2016
       _____
18     UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*United States District Court, Northern District of California*

## CERTIFICATE OF SERVICE

I am over the age of eighteen years and not a party to the within-entitled action. My business address is 2029 Century Park East, Suite 300, Los Angeles, California 90067. On June 2, 2016, I served a copy of the within document(s):

**PROPOSED] ORDER RE STIPULATION TO STAY ALL PROCEEDINGS**

on the interested party(ies) below:

Kenneth M. Seeger
Adam R. Salvas
Brian J. Devine
**SEEGER & SALVAS LLP**
455 Market Street, Suite 1530
San Francisco, CA  94105
Telephone:  (415) 981-9260
Facsimile:  (415) 981-9266
**Attorneys for Plaintiff**

☒ BY CM/ECF NOTICE OF ELECTRONIC FILING:  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 2, 2016, at Los Angeles, California.

_Jerod Williams_
Jerod Williams